FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 23 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. **22-1405 WJ** |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 2339B(a)(1): |
| ) | Attempt to Provide Material Support to a |
| **HERMAN LEYVOUNE WILSON, a.k.a** ) | Designated Foreign Terrorist |
| **Bilal Mu'Min Abdullah,** ) | Organization; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 1512(c)(1): |
| ) | Tampering With a Witness, Victim and |
| ) | Informant; 18 U.S.C. § 2(a): Aiding and |
| ) | Abetting. |

INDICTMENT

The Grand Jury charges:

Count 1

1. On or about October 15, 2004, the United States Secretary of State designated al Qaeda in Iraq (hereinafter "AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a foreign terrorist organization (FTO) under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under Section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under Section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham ("ISIS," which is how the organization will be referenced

1

herein), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al Islamiyya fi al-'Iraq wa-sh'Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On or about September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO.

2.  Between on or about January 23, 2020 and on or about November 20, 2021, in the District of New Mexico, the defendant, **HERMAN LEYVOUNE WILSON, a.k.a. Bilal Mu'Min Abdullah**, did knowingly attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), namely, personnel and services, to a foreign terrorist organization, namely, ISIS, which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that ISIS engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the Immigration and Nationality Act), and that ISIS engages and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Act, Fiscal Years 1988 and 1989).

In violation of 18 U.S.C. § 2339B(a)(1).

Count 2

Between on or about September 19, 2020 and in or about October 2020, in the District of New Mexico and elsewhere, the defendant, **HERMAN LEYVOUNE WILSON, a.k.a. Bilal Mu'Min Abdullah**, did corruptly attempt to obstruct, influence, and impede at least one official proceeding, by commanding and inducing the destruction, and concealment of online records, documents, and other objects by shutting down an online platform containing such records,

documents, and other objects with the intent to impair the objects' integrity and availability for use in official proceedings.

In violation of 18 U.S.C. §§ 1512(c), and 2.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

____ 2/25/2022

3